UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR06-38-RSM |
| ) | |
| v. ) | |
| ) | |
| AMARDEEP POWAR, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1:

Conspiracy to Smuggle and Transport Illegal Aliens, in violation of Title 8, U.S.C., Section 1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(l), and 1324(a)(1)(B)(i);

    Counts 16, 18, 20 & 21:

Bringing Illegal Aliens for Financial Gain, in violation of Title 8, U.S.C., Section 1324(a)(2)(B)(ii) and Title 18, U.S.C., Section 2;

    Count 19:

Smuggling of Illegal Aliens, in violation of Title 8. U.S.C., Section 1324(a)(1)(A(I), 1324(a)(1)(A)(v)(ll), and 1324(a)(1)(B)(i).

Date of Detention Hearing: February 8, 2008

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will

DETENTION ORDER
PAGE -1-

reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Lisca Borichewski. The defendant was represented by William Hines.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The defendant represents a risk of nonappearance as he is a citizen and national of Canada who has no ties to this district, and the Bureau of Immigration and Customs Enforcement has filed a detainer.

(2) The defendant does not contest detention.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2008.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-